**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHRISTOPHER CRANE,**

      **Plaintiff,**

  v.                                           **Civil Action 2:20-cv-2271
Chief Judge Algenon L. Marbley
Magistrate Judge Jolson**

**DEBT ADVISORS OF
AMERICA, et al.,**

      **Defendants.**

## DEFICIENCY NOTICE

This matter is scheduled for a preliminary pretrial conference on June 10, 2020. As set forth in the Notice of Preliminary Pretrial Conference (Doc. 2), the report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. To date, the parties have failed to file their joint Rule 26(f) Report. Consequently, the parties are hereby advised of their deficiency.

Date: June 5, 2020                                     /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE