IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTOPHER CRANE,**

    **Plaintiff,**

                                  Civil Action 2:20-cv-2271
                                  Judge Algenon L. Marbley
    **v.**                               Magistrate Judge Jolson

**DEBT ADVISORS OF**
**AMERICA, et al.,**

    **Defendants.**

## ORDER

    This case has been reported settled.  Consequently, the preliminary pretrial conference set for June 10, 2020 is **VACATED**.  **A Telephonic status conference will be held on June 25, 2020, at 10:30 a.m., unless the dismissal entry is received prior to that time.**

    IT IS SO ORDERED.

Date:  June 5, 2020                                    /s/ Kimberly A. Jolson
                                                    KIMBERLY A. JOLSON
                                                    UNITED STATES MAGISTRATE JUDGE