# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| CHRISTOPHER CRANE. ) | Case No. 2:20-cv-02271 |
| ) | |
| Plaintiffs, ) | JUDGE ALGENON L. MARBLEY |
| ) | |
| v. ) | MAGISTRATE KIMBERLY A. JOLSON |
| ) | |
| DEBT ADVISORS OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes the Plaintiff, Christopher Crane, and Defendants, Debt Advisors of America, Matthew Clegg, Richard Senitte, and Litigation Practice Group, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims against Defendants. Each Party shall bear their own costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action, and the Court shall retain jurisdiction to enforce the terms of settlement.

Approved:

Respectfully submitted,

| **LUPER NEIDENTHAL & LOGAN** | **LUFTMAN HECK &ASSOCIATES, LLP** |
|---|---|
| */s/ Matthew T. Anderson (per consent)* | /s/ *Rebecca A. Bradley* |
| Matthew T. Anderson (0082730) | Rebecca A. Bradley (0095210) |
| 1160 Dublin Road, Suite 400 | 6253 Riverside Dr., Suite 200 |
| Columbus, Ohio 43215 | Dublin, Ohio 43017 |
| Phone: (614) 229-4473 | Phone: (614) 224-1500 |
| manderson@lnlattorneys.com | rbradley@lawLH.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2020 a true and accurate copy of the foregoing *Notice of Stipulated Voluntary Dismissal* was filed electronically. Notice of this filing will be sent to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court system.

Respectfully submitted,

*/s/ Rebecca A. Bradley*
Rebecca A. Bradley (0095210)